IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| R. SCOTT MASON on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GATES CHEVY WORLD, INC., GATES AUTOMOTIVE CORP., GATES MOTORS, INC. and GATES CHEVROLET BUICK PONTIAC GMC, LLC,<br><br>Defendants. | Class and Collective Action<br><br><br>CAUSE NO. 1:14-cv-426 RLY-DKL |

## JUDGMENT ENTRY

Having read and considered the Offer of Judgment made by the Defendants, Gates Chevy World, Inc. Gates Automotive Corp, Gates Motors, Inc., and Gates Chevrolet Buick Pontiac GMC, LLC., and Plaintiff R. Scott Mason's Notice of Acceptance of Offer of Judgment, the Court now enters judgment against the Defendants for Nine Thousand Dollars ($9,000), plus costs (but not to include attorneys' fees) in the sum of Seven Hundred Thirty-Nine Dollars and Twenty-Seven Cents ($739.27).

Therefore, it is **ORDERED**, **ADJUDGED** and **DECREED** the following:

1.	Plaintiff R. Scott Mason shall recover of and from the Defendants the total sum of Nine Thousand, Seven Hundred and Thirty-Nine Dollars and Twenty-Seven Cents ($9,739.27), which sum includes all costs. Pursuant to the accepted Offer of Judgment, the Defendants shall not be liable for or required to pay any other sums.

2.	Pursuant to the accepted Offer of Judgment, Plaintiff R. Scott Mason may not recover any other damages, any attorneys' fees, or any equitable relief (including reinstatement)

from the Defendants.

     3.     Pursuant to the accepted Offer of Judgment, this Judgment shall not have any preclusive effect (whether by collateral estoppel, res judicata, or otherwise) on the Defendants or their defenses to any similar claims by employees of the Defendants.

Pursuant to the accepted Offer of Judgment, the judgment amount set forth above is the total sum that the Defendants shall be required to pay in this action.

So Ordered this __ day of _____, 2016

_____
Chief Judge Richard L. Young

Service will be made electronically on all
ECF-registered counsel of record via email
generated by the court's ECF system.