UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| R. SCOTT MASON, on Behalf of Himself and All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>GATES CHEVY WORLD, INC., GATES AUTOMOTIVE CORP., GATES MOTORS, INC., and GATES CHEVROLET BUICK PONTIAC GMC, LLC,<br><br>　　　　　　　Defendants. | 1:14-cv-00426-RLY-DKL |

**FINAL JUDGMENT**

Having considered the Offer of Judgment made by Defendants, Gates Chevy World, Inc., Gates Automotive Corp, Gates Motors, Inc., and Gates Chevrolet Buick Pontiac GMC, LLC., and the Notice of Acceptance of Offer of Judgment filed by Plaintiff, R. Scott Mason, the court now enters final judgment against Defendants for Nine Thousand Dollars ($9,000.00), plus costs (but not to include attorneys' fees) in the sum of Seven Hundred Thirty-Nine Dollars and Twenty-Seven Cents ($739.27).

Therefore, it is **ORDERED, ADJUDGED** and **DECREED** that:

　　1.　　Plaintiff shall recover from Defendants the total sum of Nine Thousand, Seven Hundred and Thirty-Nine Dollars and Twenty-Seven Cents ($9,739.27). Pursuant to the accepted Offer of Judgment, Defendants shall not be liable for or required to pay any other sums.

2. Pursuant to the accepted Offer of Judgment, Plaintiff may not recover any other damages, any attorneys' fees, or any equitable relief (including reinstatement) from Defendants.

3. Pursuant to the accepted Offer of Judgment, this Final Judgment shall not have any preclusive effect (whether by collateral estoppel, res judicata, or otherwise) on Defendants or their defenses to any similar claims by their employees.

4. Pursuant to the accepted Offer of Judgment, the judgment amount set forth above is the total sum that Defendants shall be required to pay in this action.

5. All pending motions in this case are **DENIED AS MOOT**.

**SO ORDERED** this 8th day of June 2016.

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana


Laura Briggs, Clerk
United States District Court

_____
By: Deputy Clerk


Distributed Electronically to Registered Counsel of Record.

2